WALTER JOHNSTON, as Administrator of the Estate of JAMES W. JOHNSTON, Deceased, Respondent, *v.* MYRTIE W. WELCH, Appellant.

(Argued January 13, 1936; decided January 28, 1936.)

*Nelson J. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.